UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| BARBARA J. SERVISS, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 2: 09-0058 |
| FICOSA NORTH AMERICAN | ) | JUDGE CAMPBELL |
| CORPORATION, and DELBAR | ) | |
| PRODUCTS, INC., | ) | |
| Defendants. | ) | |


ORDER


Pending before the Court is Plaintiff's Motion to Remand (Docket No. 13). For the reasons

stated in the accompanying Memorandum, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.



_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE